This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

> **Plaintiff-Appellant,**

**v.**                                                                   **No. 32,315**

**JOHN BENNETT MONAFO,**

> **Defendant-Appellee.**

**APPEAL FROM THE DISTRICT COURT OF CHAVES COUNTY**
**Freddie J. Romero, District Judge**

Gary K. King, Attorney General
Ann M. Harvey, Assistant Attorney General
Santa Fe, NM

for Appellant

John Monafo
Roswell, NM

Pro Se Appellee

## MEMORANDUM OPINION

**SUTIN, Judge.**

The State appeals the district court's order granting Defendant's motion to suppress and the order denying the State's motion for reconsideration. We issued a notice of proposed summary disposition proposing to affirm because the State's appeal of the merits is barred by principles of double jeopardy. *See City of Santa Fe v. Marquez*, 2012-NMSC-031, ¶¶ 12, 28, 285 P.3d 637.

The State has filed a response conceding that, in accordance with our Supreme Court's decision in *Marquez*, the district court's order in this case granting Defendant's post-trial motion to suppress and declaring Defendant "not guilty on all counts" prohibits any further prosecution. *See id.* [Resp. 2-3] Thus, the State does not oppose our proposed disposition to summarily affirm.

Therefore, for the reasons set forth in our notice of proposed summary disposition, we affirm the district court's order granting Defendant's motion to suppress and the order denying the State's motion for reconsideration.

**IT IS SO ORDERED.**

_____
**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**

_____
**MICHAEL E. VIGIL, Judge**

_____
**LINDA M. VANZI, Judge**